1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT E

Example of publicly-available offer for sale of Blu-ray™ recordable media

Source: https://www.amazon.com/gp/product/B007ORWZFU/ref=ox_sc_act_imag

[captured: 11/28/2017 5:38:49 PM]



Amazon.com: Philips BD-RE 25GB 2X with Jewel Case: Electronics

NEW & INTERESTING FINDS ON AMAZON EXPLORE

Try Prime | Electronics | cyber monday deals week

Departments | Your Amazon.com | Cyber Monday Deals Week | Gi | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS

ELECTRONICS Gift Guide 'Tis the season for shiny, new tech Sponsored by BOSE Shop now ›

Electronics › Accessories & Supplies › Blank Media › BD-R Discs

Roll over image to zoom in

Philips

# Philips BD-RE 25GB 2X with Jewel Case

3 customer reviews

Price: $5.97 prime

FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

In Stock.

**Want it tomorrow, Nov. 29?** Order within **18 hrs 3 mins** and choose **One-Day Shipping** at checkout. Details

Sold by RRI and Fulfilled by Amazon. Gift-wrap available.

- Philips BD-RE Blank Disks
- BD-RE 25GB Capacity
- 2X Speed
- Each Disk is in Jewel Case

**New** (4) from $1.35 + $4.59 shipping

SOKOS

Tv antenna

TV Antenna, Indoor Amplified H...

$23.99 prime

Advertisement

Share

Qty: 1

Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

atlanta, 30301

Submit Query

**Other Sellers on Amazon**

**New** (4) from $1.35 + $4.59 shipping

Have one to sell? Sell on Amazon

MOSCHE

*Mosche 60 mils range digital amplified antenna*

34

$23.99 prime

Advertisement

## Customers also shopped for

Page 1 of 9

Philips 100 Pack 52X CDR Spindle with Handle

6

$17.35 prime

Maxell MAX648250 CD Recordable Media, CD-R, 48x, 700 MB, 50 Pack Spindle

151

$14.02

Philips Branded 16X DVD-R Media 100 Pack in Spindle with Handle (DM4S6H00F/17)

826

$22.00 prime

Amazon.com: Philips BD-RE 25GB 2X with Jewel Case: Electronics

### What other items do customers buy after viewing this item?



5pcs Gigablock ReWritable Blu-Ray BD-RE 1~2x 25GB Logo Printed Blank Media with Jewel Case
★★★★☆ 19
$7.99 ✓prime

### Special offers and product promotions

- **Your cost could be $0.00 instead of $5.97**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍

### Product description

Philips BD-RE 25GB 2X with Jewel Case [Philips PN: BE2S2J01F/17]

### Product information

| | |
|---|---|
| Product Dimensions | 5.6 x 4.9 x 0.3 inches |
| Item Weight | 1 pounds |
| Shipping Weight | 3.2 ounces (View shipping rates and policies) |
| Manufacturer | Royal Philips Electronics |
| ASIN | B001IDJNE2 |
| Item model number | BE2S2J01F/17 |
| Customer Reviews | ★★★★☆ ▾  3 customer reviews<br><br>4.0 out of 5 stars |
| Best Sellers Rank | #205 in Computers & Accessories > Computer Accessories > Blank Media > BD-R Discs |
| Date first available at Amazon.com | October 15, 2008 |

#### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

https://www.amazon.com/Philips-BD-RE-25GB-Jewel-Case/dp/B001IDJNE2/ref=sr_1_2?s=electronics&ie=UTF8&qid=1511909597&sr=1-2&refinements=p_89%3APhilips[11/28/2017 5:56:42 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.          Page |E-2
PLAINTIFF'S ORIGINAL COMPLAINT

Amazon.com: Philips BD-RE 25GB 2X with Jewel Case: Electronics



Advertisement

## Customer questions & answers

🔍

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐☆ 3
4.0 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | ▬▬▬ | 67% |
| 4 star | | 0% |
| 3 star | ▬ | 33% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 3 customer reviews ▸

Share your thoughts with other customers

[ Write a customer review ]



Advertisement

### Top customer reviews

⭐⭐⭐☆☆ **Very expensive disks**
By B. McClure on May 14, 2015
**Verified Purchase**

So far, all the blue-ray disks I have bought only work for a few writings (often a single digit number) and fail. At several dollars per disk, that is no joke. They are probably still useable for file storage, but I bought them for back-up; this means they have to be good in all sectors. I just discovered my backup program will also write to flash drives so I think I will start buying those instead. I am kind of stuck with a very good blu-ray reader/writer but, since it will also work with CD's and DVD's, I really don't have a problem. Since flash drives seem to have a life similar, in most cases, to hard drives, I expect this to be a better solution - to say nothing of a far faster solution.

Comment | Was this review helpful to you? [ Yes ] [ No ] Report abuse

⭐⭐⭐⭐⭐ **Good for testing video projects**
By Unknown Buyer on May 14, 2014
**Verified Purchase**

I use these discs to burn small sample clips of video productions I'm working on to test on various players and TVs. I've written and deleted data from this disc multiple time and haven't encountered any errors yet.

Search customer reviews
🔍 [ Search ]

https://www.amazon.com/Philips-BD-RE-25GB-Jewel-Case/dp/B001IDJNE2/ref=sr_1_2?s=electronics&ie=UTF8&qid=1511909597&sr=1-2&refinements=p_89%3APhilips[11/28/2017 5:56:42 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.          Page |E-3
PLAINTIFF'S ORIGINAL COMPLAINT

Amazon.com: Philips BD-RE 25GB 2X with Jewel Case: Electronics



Comment  |  Was this review helpful to you?  Yes  No  Report abuse

⭐⭐⭐⭐⭐ **So far it is working well**
By An ordinary consumer on April 23, 2012
**Verified Purchase**

Using for burning small test projects and checking in a Blu-ray player. So far it is working well. Have burnt and erased around 20 times and have not noticed problems yet. If there will be problems, I'll come back and revise this review. Equipment: PC with Win7 Pro, Pioneer 206DBK writer, Panasonic BD45 player. Tried with Sony Vegas Movie Studio HD Platinum 11 and it worked fine too. The box states that it is "Made in Taiwan" just in case if it's important for you.

Comment  |  Was this review helpful to you?  Yes  No  Report abuse

See all 3 reviews ›

Write a customer review

amazon warehouse
**Holiday savings** Up to 25% off on select items
Shop now ▶
Advertisement

**Pages with related products.** See and discover other items: Blank Media Products, Blank Bd-Re Discs

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English       🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

https://www.amazon.com/Philips-BD-RE-25GB-Jewel-Case/dp/B001IDJNE2/ref=sr_1_2?s=electronics&ie=UTF8&qid=1511909597&sr=1-2&refinements=p_89%3APhilips[11/28/2017 5:56:42 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.          Page |E-4
PLAINTIFF'S ORIGINAL COMPLAINT

Amazon.com: Philips BD-RE 25GB 2X with Jewel Case: Electronics

| Amazon Web Services | Audible | AudiobookStand | Book Depository | Box Office Mojo | ComiXology | CreateSpace |
|---|---|---|---|---|---|---|
| Scalable Cloud Computing Services | Download Audio Books | Discount Audiobooks on Disc | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy |
| DPReview | East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com |
| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
| Kindle Direct Publishing | Prime Now | Prime Photos | Shopbop | TenMarks.com | Warehouse Deals | Whispercast |
| Indie Digital Publishing Made Easy | FREE 2-Hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime | Designer Fashion Brands | Math Activities for Kids & Schools | Open-Box Discounts | Discover & Distribute Digital Content |
| Whole Foods Market | Withoutabox | Woot! | Zappos | Souq.com | Subscribe with Amazon | |
| America's Healthiest Grocery Store | Submit to Film Festivals | Deals and Shenanigans | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

https://www.amazon.com/Philips-BD-RE-25GB-Jewel-Case/dp/B001IDJNE2/ref=sr_1_2?s=electronics&ie=UTF8&qid=1511909597&sr=1-2&refinements=p_89%3APhilips[11/28/2017 5:56:42 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.          Page |E-5
PLAINTIFF'S ORIGINAL COMPLAINT