**EXHIBIT F**

Example of representative packaging of Blu-ray™ recordable media

Source: http://www.cmcdisc.com/BE2S2J01F-17.htm

[captured: 11/28/2017 5:55:57 PM]

CMC Disc - Philips BD-RE 25GB 2x Single Foil Jewel Case



http://www.cmcdisc.com/BE2S2J01F-17.htm[11/28/2017 5:55:57 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.     Page |F-1
PLAINTIFF'S ORIGINAL COMPLAINT