# EXHIBIT G

Analysis of a Blu-ray™ recordable disc

## Results for GHD28

| Disc | Count | Sum | Mean | Standard Deviation | Standard Error of Mean | Maximum | Minimum | Range | Parameter |
|---|---|---|---|---|---|---|---|---|---|
| All measurements are in nanometers (nm). | | | | | | | | | |
| GHD28 | 80 | 25558.84 | 319.49 | 16.83 | 1.88 | 354.04 | 287.23 | 66.81 | Pitch |
| GHD28 | 90 | 1853.81 | 20.60 | 0.97 | 0.10 | 24.21 | 18.48 | 5.73 | Ridge Height |
| GHD28 | 90 | 15269.23 | 169.66 | 6.23 | 0.66 | 185.45 | 155.20 | 30.26 | Ridge Width |
| GHD28 | 74 | 6230.96 | 84.20 | 17.86 | 2.08 | 124.07 | 51.28 | 72.79 | Land Width at 95% |

- 1-6x Speed
- Dark Blue Colored Playing Side

### Height Image (top view) GHD28



Page 2 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.   Page |G-1
PLAINTIFF'S ORIGINAL COMPLAINT

**Perspective View – GHD28**



C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.  Page |G-2
PLAINTIFF'S ORIGINAL COMPLAINT

### GHD28 – Track Pitch

### GHD28 – Ridge Height





Page 4 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.  Page |G-3
PLAINTIFF'S ORIGINAL COMPLAINT

### GHD28 – Ridge Width



### GHD28 – Land Width at 95%





### GHD28 Codes-Label Side



Page 6 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.  Page |G-5
PLAINTIFF'S ORIGINAL COMPLAINT

- ► Mark in clear hub area on label side:
    - o BRF6H4QD18125634  8  LA  L2

**Note:** Etched marks are mirror image and read right from label side when not obscured by decoration. Photographed from playing side and flipped to read right in presentation. Marks read right from label side.

### GHD28 Codes-Playing Side



- ► Human readable mark on playing side:
    - o CMBR6DV5.3 L0313-08 1000
- ► Type of mark on playing side:
    - o Etched

**Note:** Diffractive marks read from playing side. Etched marks are mirror image and read right from label side when not obscured by decoration. Photographed from playing side and flipped to read right in presentation

Page 7 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.                    Page |G-6
PLAINTIFF'S ORIGINAL COMPLAINT