1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT H**

Website view of offer for sale of Blu-ray™ recordable media under the Philips brand

Source: http://cmcdisc.com/phillips-brand-media/

[captured: October 24, 2017]

10/24/2017                                             Philips Brand Media | CMCdisc.com

☰

HOME

COMPANY

PRODUCTS                                                                                               ˅

CMC PACKAGING

PRIVATE LABEL AND BLANK MEDIA

CONTACT

# Philips Brand Media

CMC is an authorized manufacturer and distributor for Philips branded optical media in North America. We offer a full range of products in retail and duplicator skus.  In the retail line, the Philips logo is prominently displayed on the surface of the disc. The duplicator line carries Philips branding only on the outer packaging. We also offer Philips brand batteries, flash memory, and USB drives.

For further information please contact David Karron.



10/24/2017                                                                 Philips Brand Media | CMCdisc.com



**BROWSE OUR SITE**

HOME

COMPANY

PRODUCTS

CMC PACKAGING

PRIVATE LABEL AND BLANK MEDIA

CONTACT

**BLOG POSTS**

CMC Offers Turnkey Packaging Solutions

**CONTACT**

For immediate assistance, please contact our Senior Sales Representative David Karron: DavidK@cmcdisc.com

Search …

**LINKEDIN**

Proudly powered by WordPress | Theme: Edin by WordPress.com.

http://cmcdisc.com/phillips-brand-media/                                                                                                                      2/2