1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT I**

Website view of offer for sale of Blu-ray™ recordable media under the Philips brand

Source: http://philips.hotan.com/category_s/90.htm

[captured: October 10, 2017]

11/10/2017                                                                 Blank Media

HOME |     ABOUT US |     CONTACT US |     WHERE TO BUY

**PRODUCTS**          You are here: Home > Blank Media

Blank Media
   CD-R
   DVD-R
   DVD+R
   DVD+R DL
   CD-RW
   DVD+RW
Media Accessories
Batteries
Chargers
Flashlights
USB Flash Drives
Flash Memory Cards











Copyright © 2017  Hotan Corp. All Rights Reserved.
Built with Volusion

http://philips.hotan.com/category_s/90.htm                                                                 1/1

C.D. CAL. Case: Max Blu Technologies, LLC v. CMC Magnetics Corp. et al.                    Page |I-1
PLAINTIFF'S ORIGINAL COMPLAINT