Steven W. Ritcheson (SBN 174062)
    Email: swritcheson@insightplc.com
**INSIGHT, PLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

James F. McDonough, III (*pro hac vice* to be applied for)
    Email: jmcdonough@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0869
Facsimile: (205) 547-5504

Attorneys for Plaintiff, *Max Blu Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMC MAGNETICS CORP. and HOTAN CORP.,<br><br>　　　　Defendants. | Case No. 2:17-cv-08680<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1 AND LOCAL RULE 7.1-1**<br><br>**Jury Trial Demanded** |

The undersigned counsel of record for Plaintiff MAX BLU TECHNOLOGIES, LLC (hereinafter, "Max Blu"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Max Blu Technologies, LLC
- Intelleq Holdings, LLC

Max Blu discloses that it is a limited liability company. Intelleq Holdings, LLC, owns 100% of Max Blu's stock.

Respectfully submitted,

Dated: December 1, 2017

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson (SBN 174062)
Email: swritcheson@insightplc.com
**INSIGHT, PLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

James F. McDonough, III *
Email: jmcdonough@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0869
Facsimile: (205) 547-5504

Attorneys For Plaintiff, *Max Blu Technologies, LLC*

* *pro hac vice* to be applied for