Name and address:
Steven W. Ritcheson, Esq.
Insight, A Professional Law Corporation
9800 D Topanga Canyon, Blvd., #347
Chatsworth, CA 91311
(424) 289-9191

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC<br><br>v.<br><br>CMC MAGNETICS CORP. and HOTAN CORP.<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br>2:17-CV-08680-CAS-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McDonough, James F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

404-996-0869     205-380-8076
*Telephone Number*     *Fax Number*

jmcdonough@hgdlawfirm.com
*E-Mail Address*

of

Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Max Blu Technologies, LLC

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Ritcheson, Steven W
*Designee's Name (Last Name, First Name & Middle Initial)*

174062     424-289-9191     818-337-0383
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

swritcheson@insightplc.com
*E-Mail Address*

of

Insight, A Professional Law Corporation
9800 D Topanga Canyon Blvd. #347
Chatsworth, CA 91311

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**