# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Max Blu Technologies, LLC | CASE NUMBER: |
| PLAINTIFF(S) | 2:17-cv-08680-CAS-JEM |
| v. | |
| CMC Magnetics Corp. et al | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |
| DEFENDANT(S) | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| December 5, 2017 | 13 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

- [ ] Document submitted in wrong case.
- [ ] Incorrect document attached to the docket entry.
- [ ] Incorrect event selected.  Correct event is "Appear Pro Hac Vice (G-64 or pleading)"
- [ ] Hearing date set, but no hearing required.
- [ ] Superseded version of Form G-64 used.
- [ ] Local Rule 5-4.3.4          Application not hand-signed.
- [ ] Local Rule 5-4.4.2          WordPerfect or Word copy of the proposed order not e-mailed to the assigned judge's generic chambers email address.
- [ ] Local Rule 83-2.1.3.2(a)    Applicant resides in California.
- [ ] Local Rule 83-2.1.3.3(a)    Application not complete:  state and/or federal courts to which the applicant has been admitted are not listed.
- [ ] Local Rule 83-2.1.3.3(b)    Proposed order not attached.
- [ ] Local Rule 83-2.1.3.3(c)    $325 fee not paid.
- [ ] Local Rule 83-2.1.3.3(d)    Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.
- [x] Local Rule 83-2.1.3.3(d)    Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.
- [ ] Local Rule 83-2.1.3.4       Local counsel does not maintain an office within the District.
- [ ] Other:

Note:    **In response to this notice, the Court may:  1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: December 5, 2017

By: Lupe_Thrasher@CACD.USCOURTS.GOV
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**