Steven W. Ritcheson (SBN 174062)
Email: swritcheson@insightplc.com
**INSIGHT, PLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

James F. McDonough, III (*pro hac vice* applied for)
Email: jmcdonough@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0869
Facsimile: (205) 547-5504

Attorneys for Plaintiff, *Max Blu Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMC MAGNETICS CORP. and HOTAN CORP.<br><br>　　　　Defendant. | No. 2:17-cv-08680-CAS-JEM<br><br>**PLAINTIFF'S NOTICE OF ERRATA REGARDING DOCKET NO. 6 AND DOCKET NO. 12**<br><br>**Jury Trial Demanded** |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Max Blu Technologies, LLC inadvertently filed the wrong document and filed documents from another case into this case.

1.  Document No. 5 and 6 are the same document even though Document No. 6 was supposed to be a USPTO Notice Form.

2.  All documents filed in Document No. 12 were from a different case.

3.  Document No. 6 is being replaced by Document No. 14.

4.  Document No. 12 is being replaced by Document No. 13.

Respectfully submitted,

Dated: December 5, 2017

 */s/ Steven W. Ritcheson*
Steven W. Ritcheson (SBN 174062)
Email: swritcheson@insightplc.com
**INSIGHT, PLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

James F. McDonough, III *
Email: jmcdonough@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0869
Facsimile: (205) 547-5504

Attorneys For Plaintiff, *Max Blu Technologies, LLC*

* *pro hac vice* applied for

**CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be electronically filed the foregoing using this Court's CM/ECF system which caused the document to be served by electronic mail on counsel deemed to have consented to electronic service.

Dated: December 5, 2017

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson (SBN 174062)