UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re: Max Blu Technologies, LLC | **No. 2:17-CV-08210-JAK-RAOx** [Lead Case] |
| MAX BLU TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CMC MAGNETICS CORP. AND HOTAN CORP., <br><br> Defendants. | **Consolidated Case No. 2:17-cv-08680-JAK-RAOx** <br><br> **ORDER RE JOINT STIPULATION OF DISMISSAL** <br><br> **JS-6** |

On this day, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff MAX BLU TECHNOLOGIES, LLC and Defendants CMC MAGNETICS CORP. AND HOTAN CORP. have moved this Court for an Order dismissing all Plaintiff's claims in Case No. 2:17-cv-08680-JAK-RAOx WITH PREJUDICE, and all Defendants' counterclaims in Case No. 2:17-cv-08680-JAK-RAOx WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees (Dkt. No. __ in Lead Case No. 2:17-CV-08210-JAK-RAOx).

1      IT IS THEREFORE ORDERED that the Stipulation is **GRANTED**. All claims asserted by the Parties in this action (No. 2:17-cv-08680-JAK-RAOx) are dismissed with prejudice.

     IT IS FURTHER ORDERED that each party in this action is to bear its own attorneys' fees, costs and expenses.

     IT IS SO ORDERED.

Dated: September 27, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE